Christie B. TENUMAH; Aruisantobione Tenumah; O.R.T.; E.L.T., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–1428.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2005.

Decided: Dec. 30, 2005.

Liam Ge, Columbia, Maryland, for Petitioners. James Arthur Hunolt, Bryan Stuart Beier, United States Department of Justice, Washington, D.C., for Respondent.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christie B. Tenumah and her three children, natives and citizens of Nigeria, petition for review of an order of the Board of Immigration Appeals ("Board") denying

---

their motion to reconsider its previous order, which upheld the immigration judge's denial of their motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. *See* 8 C.F.R. § 1003.2(a) (2005). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Tenumah,* No. A97–189–684(L) (B.I.A. Mar. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*